DANIEL TOFFEY AND OTHERS, RESPONDENTS, *v.* STEPHEN T. WILLIAMS, APPELLANT.

*Order of arrest — when granted.*

Where two separate causes of action are joined in a complaint, an order of arrest will not lie unless there be a right of arrest upon the entire claim of the complaint.*

An order of arrest should not be granted in an action brought to recover a balance upon a running account, made up in great part of items entirely untainted with fraud.

APPEAL from an order made at the Special Term, denying a motion made by the defendant to vacate an order of arrest.

*Shaw & Jeroloman,* for the appellant.

*Abraham E. Merritt,* for the respondents.

Opinion by BARRETT, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed with ten dollars costs and disbursements, and order of arrest vacated with ten dollars costs.